THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARY FUNSTON,<br><br>    Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, a local government entity, ROBERT BOONE MILL, individually and in his official capacity, JULIA ANDERSON, individually and in her official capacity,<br><br>    Defendants. | CASE NO. 2:21-cv-00277-RSL<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

## STIPULATION

1.  On March 3, 2021, plaintiff Mary Funston ("Plaintiff") filed her Complaint for a Civil Case [Dkt.#1] (the "Complaint") against defendants Snohomish County Public Utility District No. 1, Ronald Boone Mill, and Julie Anderson (collectively, "Defendants").

2.  On June 1, 2021, Plaintiff filed declarations of service stating that Defendants were served on May 28, 2021.  *See* Dkt.##7-9.

3.  Based on the declarations of service, the deadline for Defendants to respond to the Complaint is currently June 18, 2021.  However, defendant Public Utility District No. 1 of

STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:21-cv-00277-RSL

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1 | Snohomish County (the "District") has requested a short extension of the deadline for
2 | Defendants to respond to the Complaint.

3 |   4. The District's counsel was only recently retained and is currently evaluating the underlying facts and Plaintiff's allegations, as well as potential defenses. The current deadline also conflicts with scheduling in other matters. In addition, the other defendants are still working out representation issues. Thus, the District's counsel has requested the short extension as a matter of professional courtesy.

  5. None of the Defendants have previously requested an extension of time in this matter.

  6. The District's counsel and Plaintiff's counsel have met and conferred in good faith regarding the requested extension, and have agreed to extend the deadline to July 23, 2021 for Defendants to respond to the Complaint.

  7. Accordingly, pursuant to the parties' stipulation, the parties specifically agree as follows: the deadline for all Defendants to respond to the Complaint shall be July 23, 2021.

**SO STIPULATED** this June 10, 2021.

By: */s/ Christopher M. Huck*
  Christopher M. Huck
  (WSBA No. 34104)
**Goldfarb & Huck Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Phone: 206-452-0260
Email: huck@goldfarb-huck.com

Attorneys for Defendant
Public Utility District No. 1 of Snohomish County

By: */s/ P. Jason Skuda*
  P. Jason Skuda
  (WSBA No. 36358)
**Skuda Law Firm PLLC**
110 Prefontaine Place S., Suite 304
Seattle, WA 98104
Phone: 206-860-6995
Email: jason@skudalaw.com

Attorneys for Plaintiff
Mary Funston

STIPULATION AND ORDER REGARDING DEADLINE
TO RESPOND TO COMPLAINT - 2
CASE NO. 2:21-cv-00277-RSL

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**ORDER**

Pursuant to the above Stipulation, **IT IS SO ORDERED**.

DATED this June 11th, 2021.

_____
Hon. Robert S. Lasnik
United States District Judge

**Presented by:**

_/s/ Christopher M. Huck_
    Christopher M. Huck
    (WSBA No. 34104)
**Goldfarb & Huck Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Phone: 206-452-0260
Email: huck@goldfarb-huck.com

Attorneys for Defendant
Public Utility District No. 1 of Snohomish County

STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:21-cv-00277-RSL

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260