**THE HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARY FUNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, a local government entity, ROBERT BOONE MILL, individually and in his official capacity, JULIA ANDERSON, individually and in her official capacity,<br><br>    Defendants. | CASE NO. 2:21-cv-00277-RSL<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

## STIPULATION

1. On June 10, 2021, the parties filed their Stipulation and [Proposed] Order Regarding Defendants' Deadline to Respond to the Complaint [Dkt.10] (the "Stipulation"), which the Court entered on June 11, 2021 [Dkt.#11].

2. Pursuant to the Stipulation, the current deadline for all Defendants to respond to Plaintiff's complaint was July 23, 2021.

3. Subsequently, on June 18, 2021, Plaintiff filed her First Amended Complaint for Damages [Dkt.#14].

4. Defendants intend to file a motion to dismiss the FAC and, in support of their

STIPULATION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:21-cv-00277-RSL

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

motion to dismiss, Defendants intend to file certain documents from Plaintiff's employment file with defendant Public Utility District No. 1 of Snohomish County. Those documents may be considered confidential in their entirety and/or contain confidential information to be redacted, and which would need to be filed under seal and/or redacted.

5. The parties have met and conferred regarding whether such documents need to be filed under seal and/or redacted, but require additional time to facilitate their discussions. In order to complete the process of working cooperatively to identify which documents may need to be filed under seal and/or redacted, the parties have agreed to a very brief (one-week) extension of the deadline for Defendants to respond to Plaintiff's operative complaint (*i.e.*, the FAC).

6. The District's counsel and Plaintiff's counsel have met and conferred in good faith regarding the requested extension, and have agreed to extend the deadline to July 30, 2021 for Defendants to respond to Plaintiff's operative complaint.

7. Accordingly, pursuant to the parties' stipulation, the parties specifically agree as follows: the deadline for all Defendants to respond to Plaintiff's operative complaint shall be July 30, 2021.

**SO STIPULATED** this July 22, 2021.

| | |
|---|---|
| By: */s/ Christopher M. Huck*<br>    Christopher M. Huck<br>    (WSBA No. 34104)<br>**Goldfarb & Huck Roth Riojas, PLLC**<br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Phone: 206-452-0260<br>Email: huck@goldfarb-huck.com<br><br>Attorneys for Defendants | By: */s/ P. Jason Skuda*<br>    P. Jason Skuda<br>    (WSBA No. 36358)<br>**Skuda Law Firm PLLC**<br>110 Prefontaine Place S., Suite 304<br>Seattle, WA 98104<br>Phone: 206-860-6995<br>Email: jason@skudalaw.com<br><br>Attorneys for Plaintiff |

STIPULATION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT - 2
CASE NO. 2:21-cv-00277-RSL

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**ORDER**

Pursuant to the above Stipulation, **IT IS SO ORDERED**.

DATED this July 23nd , 2021.

*[signature]*

Robert S. Lasnik

United States District Judge

**Presented by:**

*/s/ Christopher M. Huck*
   Christopher M. Huck
   (WSBA No. 34104)
**Goldfarb & Huck Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Phone: 206-452-0260
Email: huck@goldfarb-huck.com

Attorneys for Defendants

STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:21-cv-00277-RSL

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260